UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

IN RE: Sheree E Partin                                        CASE NO. 18-13939 SDR

DEBTOR(S)                                                     CHAPTER 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

THE TRUSTEE OBJECTS TO CONFIRMATION OF THE PLAN FOR THE FOLLOWING REASON(S):

(1) The plan, as proposed, is not feasible for the following reasons:

( ) a. Plan exceeds 60 months. The debtor needs to pay $_____ per ___ in order for the plan to be feasible.

( ) b. Insufficient plan payments to pay secured creditors. Payments need to be $_____ per ___.

( ) c. The debtor(s) does/do not have sufficient income to fund the plan.

(✓) (2) The debtor(s) has/have failed to make *all* their plan payments to the Trustee, pending confirmation of the plan;

( ) (3) The plan has not been proposed in good faith or by means forbidden by law;

( ) (4) The plan discriminates unfairly against a particular class, or with regard to the treatment of different claims within the same class;

( ) (5) The value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate of the debtor(s) were liquidated under Chapter 7as required under 11 USCA §1325 (a) (4);

( ) (6) The exemptions designated by the debtor(s) in their schedules exceed that allowable under applicable law;

(✓) (7) The debtor(s) has/have failed to attend the original or adjourned meeting of creditors; *two times*

( ) (8) The debtor's attorney fee appears to be excessive and the Trustee objects to its allowance. The Trustee requests that the court make inquiry and adjustment as allowed under 11 USCA§330 (a) (2). The Trustee suggests a fee of $_____;

( ) (9) The debtor(s) has/have failed to file with the trustee copies of all payment advices or other evidence of payment received within 60 days before the date of filing 11 USCA §521(2)(1)(B)(iv);

( ) (10) Debtor(s) has/have not committed all of his/hers/their disposable income to the plan as required by 11 USCA §1325 (b) and/or has not committed all of his/hers/their disposable income for the required commitment period;

( ) (11) Other;

OBJECTIONS TO CONFIRMATION WILL BE HEARD ON THE DATE PREVIOUSLY SCHEDULED BY COURT ORDER, UNLESS OTHERWISE DESIGNATED HEREIN AS CHECKED.

(✓) ALL OBJECTIONS TO CONFIRMATION SHALL BE HEARD ON

<u>November 19, 2018  9:30 A.M.</u>
<u>Dated: October 29, 2018</u>

*Tracy K. Walker for*
Kara L West, Trustee

LODGED with the
OCT 29 2018
Chapter 13 Trustee